1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| RENA NICOLE MEDINA and ALYSSA BONHAM on behalf of themselves and all others similarly situated, | No. 2:20-cv-07269-JAK (JPRx) |
|---|---|
| Plaintiffs, | **JUDGMENT** |
| v. | JS-6 |
| PEGASUS TRUCKING LLC; and DOES 1-100, | |
| Defendants. | |

1

WHEREAS, on November 13, 2023, the Court granted the renewed motion for default judgment filed by Plaintiff Rena Nicole Medina ("Medina") and Alyssa Bonham ("Bonham") (collectively, "Plaintiffs");

WHEREAS, the Court deferred entering a final judgment in this action until a decision had been made with respect to Plaintiffs' collective and class action claims;

WHEREAS, on November 13, 2023, the Court conditionally certified the Fair Labor Standards Act ("FLSA") claims alleged in this action as a collective action;

WHEREAS, despite Plaintiffs' counsel's best efforts, Plaintiffs were unable to retrieve any contact and/or payroll information relating to the conditionally certified collective group of individuals from Defendant; and

WHEREAS, without the necessary collective and putative class action information, counsel for Plaintiffs informed the Court that Plaintiffs would be unable to present sufficient evidence to support a default judgment on behalf of the unknown group of collective and/or class action members and, therefore, informed the Court that they would be forced to dismiss Plaintiffs' collective and class action claims without prejudice.

**JUDGMENT IS HEREBY ENTERED** as follows:

1. Plaintiffs' non-individual collective action claims are hereby dismissed without prejudice;

2. Plaintiffs' non-individual class action claims are hereby dismissed without prejudice;

3. Final judgment is entered in favor of Plaintiff Medina and against Defendant in the amount of $7,095.75;

4.  Final judgment is entered in favor of Plaintiff Bonham and against Defendant in the amount of $8,400.25; and

5.  Attorney's fees and costs are awarded to counsel for Plaintiffs in the amount of $77,095 in attorney's fees and $747.35 in costs.

6.  This Court retains continuing jurisdiction over this matter for the purposes of enforcing the terms of this judgment.

7.  Pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk is ordered to enter final judgment forthwith and without further notice.

**IT IS SO ORDERED.**

Dated:  June 14, 2024

_____

John A. Kronstadt

United States District Judge